■ In the Matter of W. SCOTT DAVIS, an Attorney, Respondent. WEST-CHESTER COUNTY BAR ASSOCIATION, Petitioner.— In a disciplinary proceeding, the Official Referee filed his report in which he found respondent guilty of two of the charges of professional misconduct made against him and in which the Referee recommended that respondent be suspended from practice for one year. Petitioner now moves to confirm the findings of the Official Referee, but to dis-affirm his recommendation as to discipline, and to disbar respondent. Motion to confirm the Referee's findings and to disaffirm the recommendation granted. The findings are confirmed; respondent is disbarred and his name ordered to be struck from the roll of attorneys. In our opinion, respondent's misconduct was of such a serious nature as to require his disbarment. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

## (January 9, 1963)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE MONACO, Appellant.— Upon the appeal of defendant Monaco, this court on July 17, 1961, based on the trial court's refusal to charge as requested, reversed on the law the judgment convicting him of murder in the second degree and sen-tencing him to serve a term of 20 years to life, and ordered a new trial. This court refrained, however, from passing upon any questions of fact (see *People* v. *Monaco*, 14 A D 2d 581). Thereafter upon appeal by the People, the Court of Appeals on July 6, 1962 reversed the order of this court and, pursuant to section 543-b of the Code of Criminal Procedure, remitted the case to us to pass upon the questions of fact (*People* v. *Monaco*, 11 N Y 2d 436). The remittitur however, by inadvertence was filed in the trial court and not in this court. Accordingly for the purpose of determining such questions of fact, the defend-ant's appeal to this court is ordered on the calendar for further argument at the March Term, commencing March 4, 1963. The parties are directed to file six additional copies of their respective briefs as originally submitted to this court. If so advised, the parties may also submit an additional brief addressed to the questions of fact involved. The defendant's additional brief, if submitted, shall be served and filed on or before February 15, 1963. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THEODORE BROOKS, Respondent, v. MARY DELUKEY et al., Appellants.— Motion by respondent to amend the decision of this court, rendered December 10, 1962, so as to delete the provision imposing costs, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.

■ STEPHEN HOLDEN, JR., et al., Respondents, v. ROBERT E. CONNOLLEY, Appellant.— Motion by respondents to dismiss appeal granted; appeal dismissed, without costs. Cross motion by appellant to open his default in filing the record and his brief within the time fixed by a prior order of this court, and to extend his time for such filing, denied. Beldock, P. J., Ughetta, Brennan, Hill and Rabin, JJ., concur.